Clifford J. Schuett #91930-216
2190 E. Mesquite Ave
Pahrump, NV 89060

United States District Court
District of Nevada

Clifford James Schuett,
    Petitioner,

v.

United States of America,
    Respondent

Case No. 2:14-mj-432GWF

## MOTION THAT the Petitioner be allowed to defend himself as Co-Counsel or IN PRO PER STATUS

The Petitioner requests that the court let the Petitioner be Co-Counsel or Pro Per status in this action. The Petitioner is looking at maybe the rest of his life in prison. So the Petitioner would like more of a role in defending himself in this case. The Petitioner does not have a law degree, but does have a paralegal degree. The Petitioner would request access to a full law library, which the current confinement (CCW) does not have. The Petitioner

(1)

also limited to a weekly small amount of Paper, pencils, no pens, envelopes and writing paper. The Petitioners need to typewriter or witness are The Petitioner does not know how to use a computer

9 July 2014

Respectfully Submitted

J Shutt

Clifford Schutt Prober

## Certificate of Service

The Petitioner is unable to provide a copy of Motion for Respondents. Petitioner has no money for extra postage or copies

9 July 2014

CJ Schutt