Clifford Schnittker
2190 E. Mesquite Ave
Pahrump, NV 89060

Re: 2:14-mj-4325wf

9 July 2014

Mr. Smith, USA
U.S. Attorneys Office, IRS000
333 Las Vegas Blvd. South
Las Vegas, NV 89101



FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 11 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Mr. Smith,

Sir, I have no understanding you or your office representing the Government in the above titled case against me. Sir, I would like to find out if there are any outstanding or future Federal charges that may be laid on my front door step? There may be pending charges out of San Francisco, Los Angeles, Honolulu, Seattle. If this true would I have to go to courts in all these different districts? I am asking as counsel pro Bar or co-counsel?

Thank you

[signature]

