# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CLIFFORD JAMES SCHUETT,<br><br>  Defendant. | Case No. 2:14-mj-00432-GWF<br><br>**ORDER** |

　　This matter comes before the Court on Defendant's Motion for a Writ of Habeas Corpus to be Moved out of the Custody of the U.S. Marshal (#34), Motion for Temporary Restraining Order and Injunction (#35), Motion for a Bond Hearing and Possible Relief for Medical Purposes (#36) and Motion for Reconsideration of Motion for a Limited Appointment of Counsel Pro Per (#37) filed on July 30, 2014.

　　Pursuant to Local Rule IA 10-6, "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Defendant Schuett was appointed counsel on June 25, 2014.

　　At the hearing on Plaintiff's previous motion to be appointed co-counsel (#9), the Defendant advised the Court that he was not seeking to represent himself in this action and wished to retain his current counsel. *See Dkt. #32*. Because the Defendant remains represented by counsel, the Court instructed the Defendant to confer with his counsel on his medical matters and to file the appropriate motions through his counsel. Therefore, the Court must deny Defendant's present motions. Accordingly,

　　**IT IS HEREBY ORDERED** that Defendant's Motion for a Writ of Habeas Corpus to be Moved out of the Custody of the U.S. Marshal (#34), Motion for Temporary Restraining Order and

1  Injunction (#35), Motion for a Bond Hearing and Possible Relief for Medical Purposes (#36) and
2  Motion for Reconsideration of Motion for a Limited Appointment of Counsel Pro Per (#37) are
3  **denied**, without prejudice.  Defendant may bring the appropriate motions through his attorney of
4  record.
5      DATED this 4th day of August, 2014.

                                       GEORGE FOLEY, JR.
                                       United States Magistrate Judge