# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLIFFORD JAMES SCHUETT, ) <br> ) <br> Defendant. ) <br> _____) | Case No.  2:14-mj-00432-GWF <br><br> **ORDER** |

This matter is before the Court on the U.S. Marshal Service's failure to submit a written report indicating the status of Defendant Schuett's medical care related to his cataract or vision issues by September 12, 2014.  Accordingly,

**IT IS ORDERED** that the U.S. Marshal Service's shall submit a written report under seal indicating the status of Defendant Schuett's medical care related to his cataract or vision issues by **September 26. 2014**.

DATED this 19th day of September, 2014.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE