**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLIFFORD JAMES SCHUETT,<br><br>　　　　　Defendant. | Case No.: 2:14-cr-364-JAD-GWF<br><br>**Order Denying Without Prejudice Motion to Possibly Withdraw Guilty Plea (Doc. 84)** |

　　Defendant Clifford James Schuett has once again filed a motion *pro se* even though he is represented by counsel and Local Rule 1A 10-6 makes clear that a party who is represented by counsel may not file motions *pro se*: "[a] party who has appeared by attorney cannot while so represented appear or act in the case."

　　Magistrate Judge George Foley has repeatedly reminded Mr. Schuett about this rule when denying or striking Mr. Schuett's previous unauthorized *pro se* filings *See* Docs. 28, 38, 54, 58. I am now reminding him again, and further admonishing him that he is represented by counsel. If Mr. Schuett believes he requires some sort of action from the court, he must consult with his lawyer, Rebecca Levy, who may file the motion if appropriate. But the court will continue to deny motions Mr. Schuett personally files while represented by counsel.

　　**IT IS HEREBY ORDERED THAT** Defendant's Motion to Possibly Withdraw Guilty Plea (**Doc. 84**) is **DENIED WITHOUT PREJUDICE**.

　　DATED December 15, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1