Clifford J. Schulthess
2190 E. Mesquite Ave
Pahrump, NV 89060

President Barack Obama
c/o U.S. Secret Service
893 Las Vegas Blvd. South
Las Vegas, NV 89101



14Cr364

15 December 2014

President Obama,

Sir, I would like to bring a matter to your attention, if possible. Sir, your office is as high as I may go in the U.S. Government. I have tried to get help from several different agencies on matters of handicapped abuse. I am currently in the custody of the U.S. Marshal Service in Las Vegas, Nevada, for crimes I committed out of desperation and to much liquor. I know I will have to go to prison. But the Marshals and another private prison (Corrections Corporation of America, 10 Burton Hills Blvd, Nashville, TN) do not have the right to place me in danger and cause injury (physical) and handicapped abuse in their actions and decisions.

Sir, I am a quadraplegic paralyzed from the waist down and partial left arm is paralyzed from a spinal injury that happened

Four weeks ago at a CCA-Private Prison at Pahrump, Nevada. I was housed at the CCA facility by the U.S. Marshals on June 25, 2014. Then I was just a paraplegic-wheelchair confined. The CCA facility is not set up for paraplegics our people with my type of disability. Since I have been at CCA I have had several falls that have caused physical injuries. Wrong kind of beds, living quarters, showers and toilets have caused several injuries. My latest is a fall that damaged my spine (disk compression), paralyzing my left arm. I am currently unable to take care of myself. The Marshals know of this and do nothing to help me. X-Rays were taken of the spinal injury. CCA has not provided any other medical treatment for my spinal injury.

I was housed in a handicapped cell at the CCA-facility, but on the orders of the Warden (Ms. Collins) and Asst. Warden (Mr. Ingram) I was forced out of the handicapped cell into a 94 man dormatory on September 17, 2014. On September 24, 2014 I was forced to use a non handicapped toilet because the handicapped toilet was damaged. I fell causing the injury to my back and left arm.

Since then I have an assortment of falls and injuries. On October 7, 2014 I was showering and my rear or bottom was cut open by a damaged shower seat. I have been bleeding daily since October 7, 2014. CCA refuses to replace the damaged seat, so I have to use the damaged shower seat daily. My cuts are ripped open daily. CCA gives me bandaids to stop the blood, that is all no other medical treatment. I would call that criminal abuse. I have no help in the dormitory, except from a few other inmates, CCA does nothing to help me. My current injuries are Right Shoulder (Torn Rotator Cup), no medical treatment but x-rays, numerous cuts and scrapes on my legs from falls, no medical treatments, outside of bandaids which I can not put on apply with only one arm. I have tried to get the marshals to move me, they refuse, they say there is no other place to lock me up. I have been attacked by other inmates, I am unable to defend myself with one arm. Other inmates basically protect me in the dormitories. Currently there are two empty handicapped cells open, the one I was kicked out of by (Mr. Collins and T.Brass), I am forced to live in dangerous dormitories by CCA officials, this is abuse, (criminal).

On December 3, 2014, I went to court, the marshals put me into a new non-equipped holding cell. I told the marshals I would need help to get onto the toilet because of only one good arm. I guess they did not believe me, I had to try to get from my wheelchair to the toilet, I fell, cutting my right leg and my bottom again. I tried to get the marshals attention, no help. There were cameras, but still no help. 1/2 hour later they came into the cell and found me sitting in a pool of blood. They put me back into my wheelchair and pulled up my pants, no medical treatment. They took me to court. I told the judge (Jennifer Dorsey) about what happened, she ordered the marshals to do something. I was put back into the same bloody cell, no treatment. I was sent back to CCA, Pahrump. CCA provided no medical care just bandaids. Sir, I am just a regular John Doe, but still a citizen of the U.S., that may not mean much anymore. That is fine I have to go through all abuse and degradation and injuries by abusive people because they do not know any better. Sir I just request for this to stop. Sir I know my United States is gone, but why all the abuse why destroy life or take life. I am going to die, I have too many injuries and more abuse to come from CCA and marshals. WHY?