1
2
3
4
5

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

7
8

UNITED STATES OF AMERICA,                    )
                                         )    Case No.  2:14-mj-00432-GWF
           Plaintiff,                    )    Case No. 2:14-cr-00364-JAD-GWF
                                         )

vs.                                 )    **ORDER**

CLIFFORD JAMES SCHUETT,                       )    Motion for a Protective Order (#70)
                                    )
          Defendant.                    )
_____)

       This matter is before the Court on Defendant Clifford Schuett's Motion for a Protective Order (#70) filed on November 19, 2014.

       Defendant Clifford Schuett filed this motion *pro se*.  The defendant is currently represented by Rebecca A. Levy of the Federal Public Defender's office.  Local Rule 1A 10-6 forbids a party from appearing or acting in the case while represented by counsel.  Motions personally filed by the Defendant will be denied.  Accordingly,

       **IT IS HEREBY ORDERED** that Defendant's Motion for a Protective Order (#70) is **denied** without prejudice.

       DATED this 18th day of December, 2014.

                                _____
                                GEORGE FOLEY, JR.
                               United States Magistrate Judge