UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CLIFFORD JAMES SCHUETT,<br><br>　　　　　　Defendant. | Case No.: 2:14-cr-364-JAD-GWF<br><br>**Order**<br>**(Docs. 92, 101, 107, 108, 114, 119, 126,**<br>**127, 129, 130, 132)** |

　　　　Defendant Clifford Schuett continues to violate Local Rule 1A 10-6, which makes clear that a party who is represented by a lawyer may not file motions on his own behalf: "A party who has appeared by attorney cannot while so represented appear or act in the case." Mr. Schuett has been reminded of this rule several times, *see* Docs. 28, 38, 54, 58, 91, including, most recently, in an order I issued on December 15, 2014. *See* Doc. 85. I therefore deny without prejudice all the pro se motions and overrule without prejudice all the objections Mr. Schuett has filed since that order—eleven pending, by the time of this filing—and remind him that, in a hearing before Magistrate Judge George Foley on January 12, 2015, he clearly reiterated his desire to be represented by counsel. *See* Doc. 118 at 2. **If Mr. Schuett believes he requires some sort of action from this court, he must consult with his lawyer, Rebecca Levy, who may then file the appropriate motion. Mr. Schuett is reminded that I will continue to deny motions he personally files (instead of having his lawyer file them) because he has a lawyer who can file appropriate motions on his behalf.**

　　　　Accordingly, IT IS HEREBY ORDERED THAT Defendant Clifford James Schuett's:

- Motion for Future Court Appearances to be Done on Video or Telephone **(Doc. 92)** is **DENIED WITHOUT PREJUDICE**;

- Motion for Magistrate Judge to Reconsider **(Doc. 101)** is **DENIED WITHOUT PREJUDICE**;

- Motion to be Moved Out of the Custody of CCA **(Doc. 107)** is **DENIED WITHOUT**

1

**PREJUDICE**;

- Motion for Access to a Typewriter **(Doc. 108)** is **DENIED WITHOUT PREJUDICE**;

- Objections to Order **(Doc. 114)** and Objections to All Decisions **(Doc. 132)** are **overruled without prejudice** to their timely reassertion by counsel;

- Motion for Non-Appearance in Future Court hearings **(Doc. 119)** is **DENIED WITHOUT PREJUDICE**;

- Motion for District Judge to Reconsider Order **(Doc. 126)** is **DENIED WITHOUT PREJUDICE**; and

- Motions for Postponement of Sentencing **(Docs. 127, 129, 130) are DENIED WITHOUT PREJUDICE**.

DATED February 5, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE