UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>CLIFFORD JAMES SCHUETT,<br><br>                              Defendant. | Case No. 2:14-cr-00364-JAD-GWF<br><br>ORDER<br><br>(Mot Reconsider – Dkt. #149) |

Before the court is Defendant's Motion for Reconsideration of Dkt. #120 (Dkt. #149) filed February 11, 2015.  Although represented by counsel, Defendant has once again filed a motion on his own behalf.   This most recent motion seeks for reconsideration of the undersigned's Order (Dkt. ##120).  Having reviewed and considered the matter,

**IT IS ORDERED** that Defendant's Motion for Reconsideration of Dkt. #120 (Dkt. #149)  is **DENIED**.

DATED this 13th day of February, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1