UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-364-JAD-GWF |
|---|---|
| Plaintiff, | |
| v. | **Order** |
| CLIFFORD JAMES SCHUETT, | (Re: Docs. 177, 185–190, 192) |
| Defendant. | |

Defendant Clifford James Schuett is a prolific pro se filer who was sentenced on April 7, 2015. Judgment in this case has been entered, and Mr. Schuett has appealed to the Ninth Circuit. Doc. 176. During the one-week window in which the court was seeking appellate counsel for him, Mr. Schuett filed two new petitions for writ of habeas corpus in this case, two motions for appointment of counsel, and various motions for other sundry relief.

Mr. Schuett has been repeatedly advised that this prosecution is not the appropriate venue for seeking habeas relief, *see, e.g.,* Docs. 116, 153, 169, and I know that he understands this because he has filed several other matters in this court based on the very same allegations in his most recent petitions. *See* Doc. 157 and *compare with* 14-cv-0131-JAD-PAL (*Bivens* action dismissed; appeal dismissed); 14-cv-1645-JAD-CWH (*Bivens* action dismissed); 15-cv-253-RFB-GWF (habeas petition pending), and 15-cv-538-LDG-GWF (civil rights action/ifp application pending).[1] Mr. Schuett's Petitions for Writs of Habeas Corpus (Docs. 185, 186) are denied without prejudice to his filing petitions as new actions if appropriate.

New counsel was appointed effective May 7, 2015, per order of the Court of Appeals. Docs. 184, 193. Accordingly, Mr. Schuett's motions for counsel (Docs. 177, 189) are denied as moot. And because he now has counsel who can determine whether the handful of other motions he has filed are appropriate for filing in this case or one of his many civil matters, Mr. Schuett's remaining motions

---

[1] Mr. Schuett's other non-criminal matters also include 2:12-cv-2128-RLH, 2:13-cv-1063-JCM-GWF, 2:13-cv-1265-APG-NJK, 2:14-cv-63-RLH; and 2:14-cv-1431-JAD-PAL.

1

(Docs. 187, 188, 190, and 192) are denied without prejudice to their refiling by counsel should counsel deem them appropriate.

Accordingly, IT IS HEREBY ORDERED THAT defendant Clifford James Schuett's:

- Petitions for Writs of Habeas Corpus **(Docs. 185, 186) are DENIED without prejudice**;
- Motions to Appoint Counsel **(Docs. 177, 189) are DENIED as moot**; and
- All remaining pending motions **(Docs. 187, 188, 190, and 192) are DENIED** without prejudice to their refiling by counsel.

DATED May 8, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE