UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD JAMES SCHUETT,<br><br>Defendant. | Case No.: 2:14-cr-364-JAD-GWF<br><br>**Order**<br>**(Re: Docs. 196, 197, 199)** |

Defendant Clifford James Schuett is a prolific pro se filer who was sentenced on April 7, 2015. Judgment in this case has been entered, and Mr. Schuett has appealed to the Ninth Circuit. Doc. 176. Appellate counsel has been appointed for him. Doc. 193. Despite (1) being represented by appellate counsel and having been advised *ad nauseam* that the rules of this court prohibit his pro se filing of motions while represented, (2) having had a dozen or more habeas petitions denied in this case with the instruction that this prosecution is not the proper venue for the filing of petitions for writs of habeas corpus, and (3) this court having lost jurisdiction over this case by virtue of his pending counseled direct criminal appeal No. 15-10186, Mr. Schuett continues to file motions for various relief in a pro se capacity.

For these reasons, IT IS HEREBY ORDERED that Mr. Schuett's pending pro se motions for a writ of habeas corpus **(Docs. 196, 197) and** petition for a court order directing his prior detention facility in Pahrump, Nevada, to return property and money to him **(Doc. 199) are DENIED** without prejudice to their refiling by counsel should counsel deem them appropriate and proper in this venue.

DATED June 22, 2015.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE