UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States, | 2:14-cr-00364-JAD-GWF-1 |
|---|---|
| Plaintiff | **Order Denying Motion for Sentence Reduction** |
| v. | |
| Clifford James Schuett, | [ECF 232] |
| Defendant | |

On April 7, 2015, I sentenced Clifford James Schuett to 75 months in prison (with credit for time served) after he pleaded guilty to one count of threat to kill or cause damage by explosive.[1] Schuett has filed a "Motion for Modification of Sentence or Sentence Reduction Do to Injuries Sustained in the U.S. Bureau of Prisons" and argues that he is entitled to a sentence reduction because "of prejudice sustained in the U.S. Bureau of Prisons," including the prison's failure to provide proper medical treatment.[2] Schuett offers no legal basis for a sentence reduction and the government is correct that "[a] court generally may not correct or modify a sentence of imprisonment once it has been imposed."[3] Accordingly, IT IS HEREBY ORDERED that defendant's motion for a sentence reduction **[ECF 232] is DENIED.**

Dated April 5, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 175.

[2] *See* ECF 232. If Schuett believes that he is being denied adequate medical treatment, 42 U.S.C. § 1983 is the proper vehicle to bring his claim.

[3] ECF 233 at 2 (citing 18 U.S.C. § 3582(c)).