**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Clifford James Schuett,<br><br>    Petitioner<br><br>v.<br><br>United States of America,<br><br>    Respondent | 2:14-cr-00364-JAD-GWF-1<br><br>**Order Denying Habeas Petition and Denying Motion to Subpoena**<br><br>[ECF Nos. 246, 247] |

Petitioner Clifford James Schuett is imprisoned in Petersburg, Virginia,[1] while he serves a 75-month sentence—which he will follow with 3 years of supervised release—after he pled guilty to one count of threatening to kill or cause damage by explosive.[2] He now petitions me, in Las Vegas, Nevada, for habeas corpus relief under 28 U.S.C. § 2241.[3] The government opposes the petition because Mr. Schuett (1) is not entitled to habeas corpus relief under 18 U.S.C. § 3582(c); (2) has not exhausted his administrative remedies; and (3) is not under the District of Nevada's jurisdiction.[4]

As the Ninth Circuit explained in *Hernandez v. Campbell*, "motions to contest the legality of a sentence must be filed under [28 U.S.C.] § 2255 in the sentencing court, while petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant

---

[1] FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/ (last visited Oct. 23, 2017) (search by name "Clifford James Schuett" or by his inmate number "01930-046").

[2] *See* ECF No. 213 at 2, 38–39.

[3] ECF No. 247.

[4] ECF No. 248.

to § 2241 in the custodial court."[5] As Schuett challenges the conditions of his confinement[6] and not the legality of the sentence I imposed on him, I do not have jurisdiction over his petition. Because I don't have jurisdiction, I do not address the merits of his petition or whether he exhausted his administrative remedies. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED, that Schuett's petition for habeas corpus **[ECF No. 247] is DENIED**. IT IS FURTHER ORDERED that Schuett's motion to subpoena medical records **[ECF No. 246] is DENIED as moot**.

DATED: October 24, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[5] *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000).

[6] ECF No. 247.