**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Clifford James Schuett, | 2:14-cr-00364-JAD-GWF-1 |
| Petitioner | **Order Denying Motion for Sentence Reduction** |
| v. | |
| United States of America, | [ECF Nos. 254, 255] |
| Respondent | |

      Petitioner Clifford James Schuett is imprisoned at FCI Petersburg in Virginia,[1] where he serves a 75-month sentence after he pled guilty in 2014 to one count of threatening to kill or cause damage by explosive.[2] He now moves for a sentence reduction "for the good of the government."[3] He suggests that he's no threat to society—the courthouse bomb threats that he called in were false and thus harmless—and he argues that the Bureau of Prisons is violating his rights and federal law by ignoring his myriad medical issues.

      Schuett has many times moved me for a sentence reduction and to intervene in his conditions of confinement, and each time I have explained that I lack the jurisdiction to grant the type of relief he requests.[4] This request fares no better than the handful I've already denied. "A court generally may not . . . modify a sentence of imprisonment once it has been imposed," and sentencing courts are deprived of the power to amend a sentence 14 days after the judgment is entered.[5] Schuett has not offered me any lawful basis to modify his sentence, which I imposed

---

[1] FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/ (last visited Jan 24, 2018).

[2] *See* ECF No. 213 at 2, 38–39.

[3] ECF No. 254.

[4] *See* ECF Nos. 230, 234, 238, 242, 253.

[5] *United States v. Aguilar-Reyes*, 653 F.3d 1053, 1055 (9th Cir. 2011).

three years ago. And, to the extent that Schuett is complaining of his conditions of confinement, I'm not the right judge to complain to. "Petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court,"[6] and because he is imprisoned in Virginia, mine is not the custodial court.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that Schuett's motion for a sentence reduction **[ECF No. 254] and** accompanying request for a hearing **[ECF No. 255] are DENIED.**

DATED: January 24, 2018.

_____
Jennifer A. Dorsey
United States District Judge

---

[6] *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000).