# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Clifford James Schuett,<br><br>    Defendant. | Case No.: 2:14-cr-00364-JAD<br><br>**Order Denying Petitioner for Protection Order Petition**<br><br>[ECF No. 260] |

Petitioner Clifford James Schuett is imprisoned at FCI Petersburg in Virginia, where he serves a 75-month sentence after he pled guilty in 2014 to one count of threatening to kill or cause damage by explosive.[1] He now petitions for a protective order and claims that the prison refused to provide medical treatment for bleeding he had as a result of catheterization.[2]

As I have explained to Mr. Schuett many times, he's asking the wrong court for this relief.[3] In *Hernandez v. Campbell*, the Ninth Circuit explained that "petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to §2241 in the custodial court."[4] Because Schuett's petition challenges his conditions of confinement, I'm not the right judge to ask for this relief, as mine is not the custodial court. If he wants relief, he will need to file his request in the proper court in Virginia. Future motions to this court seeking the same relief in this case will be met with the same result as this one.

---

[1] FEDERAL BUREAU OF PRISONS, http://bop.gov/inmateloc/, where inmate can be located either by full name "Clifford James Schuett" or Inmate Number 01930-046 (last visited May 29, 2018).

[2] ECF No. 260.

[3] *See* ECF Nos. 230, 234, 238, 242, 253, 257.

[4] *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Schuett's Petition for a Court Protection Order **[ECF No. 260]** is **DENIED**.

Dated: May 31, 2018.

_____
U.S. District Judge Jennifer A. Dorsey