# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Clifford James Schuett,

    Defendant

Case No.: 2:14-cr-00364-JAD

**Order Denying Motion for Order for Public Law Housing**

[ECF No. 264]

Petitioner Clifford James Schuett was committed to the Bureau of Prisons (BOP) after he pled guilty in 2014 to one count of threatening to kill or cause damage by explosive. Schuett advises that he is being released from the BOP at the end of September and has no place to live. He asks this court to order he be placed in the halfway house in Las Vegas, Nevada.[1] It appears that Schuett is presently incarcerated in Victorville, California,[2] and he has not established that he will necessarily be released in Las Vegas or identified the legal authority under which the court could or should modify his conditions of release at this time. He is advised to speak to his probation officer in the district to which he is released, immediately upon release, and ask for any assistance that he requires.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Schuett's Motion **[ECF No. 264]** is **DENIED**.

Dated: August 30, 2019

_____ _____

U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 264 at 1.

[2] FEDERAL BUREAU OF PRISONS, http://bop.gov/inmateloc/, (last visited August 30, 2019).