# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLIFFORD JAMES SCHUETT,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00364-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 282 |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, October 15, 2019 at 10:00 a.m., be vacated and continued to November 18, 2019, at the hour of 10:00 a.m.

   DATED this 11th day of October, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE