# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff<br><br>v.<br><br>Clifford James Schuett,<br><br>　　Defendant | Case No.: 2:14-cr-00364-JAD<br><br>**Order Placing Defendant in the Residential Reentry Center** |

This Court held a hearing for Revocation of Supervised Release in this matter on October 18, 2019. At that hearing, the Court modified the conditions of supervision, ordering that offender Clifford James Schuett reside in the Residential Reentry Center for a term of up to 120 days. The Court further ordered that offender Schuett shall not be required to pay any costs of that placement. This order is issued to facilitate the administrative processes for that placement.

ORDER

IT IS HEREBY ORDERED that offender Clifford James Schuett must comply with the following special condition of supervision:

<u>Residential Reentry Center</u>. You must reside at a residential reentry center for a term of up to 120 days at the discretion of the probation officer. You must follow the rules and regulations of the center. Subsistence fees for the center are waived.

ORDERED this 18th day of October 2019.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE